87 A.3d 770

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RICKY WRIGHT, DEFENDANT–PETITIONER.

February 21, 2014.

ORDERED that the petition for certification is granted limited to the issue of whether the third party intervention doctrine is applicable to permit police to search residential property without a warrant.